# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ERIKA V. VASQUEZ NUÑEZ,**
Appellant,

v.

**OSCAR A. MARROQUIN GARCIA,**
a/k/a Oscar Antonio Marroquin Garcia,

Appellee.

No. 4D19-2913

[January 9, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Senior Judge; L.T. Case No. 502018DR009120XXXXNB.

Troy William Klein of Troy W. Klein, P.A., West Palm Beach, for appellant.

Oscar Antonio Marroquin Garcia, Jupiter, pro se.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***